**No. 46826.**—Protest 961948–G of Pacific Trading Co. (San Francisco).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Nozaki Brothers* v. *United States* (1 Cust. Ct. 262, C. D. 61) the boxes in question were held entitled to free entry as claimed.